===============================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__NORTHERN__         DISTRICT OF  __NEW YORK__

## JUDGMENT IN A CIVIL CASE

DOCKET NO.    1:05cv1526 (DRH)

**DEBRA A. GARCIA**,

        **Plaintiff(s),**

        **v.**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant(s),**

_____   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__x__   **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the MEMORANDUM-DECISION & ORDER signed by Judge David R. Homer on 3/27/07, the decision denying disability benefits is affirmed, the motion by Garcia for finding of disability is denied and the Commissioner's cross-motion is granted.

DATE: __March 27, 2007__

_[signature: Lawrence K. Baerman]_
Clerk of Court

By: __s/WILLIAM J. GRIFFIN__
      DEPUTY CLERK